```
Form 27 - GENERAL PURPOSE
     JON L. NORINSBERG
     ATTN: COHEN & FITCH
UNITED STATES SOUTHERN DIST. COURT    NEW YORK COUNTY
```

----

RUFUS CISCO                                      plaintiff            Index No. **6853/08**

                                                                      Date Filed  ..........
              - against -
                                                                      Office No.

THE CITY OF NEW YORK, ETAL               defendant
                                                                      Court Date:   /   /

----

STATE OF NEW YORK, COUNTY OF NEW YORK              :SS:

**BRETT M. GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
  That on the **4th day of August, 2008**  at  **12:58 PM.**,                        at
  **100 CHURCH ST. (4TH FL)**
  **NEW YORK, NY**
I served a true copy of the
  **SUMMONS AND COMPLAINT**
  **CIVIL COVER SHEET**
  **JUDGES RULES**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
  **AMANDA GONZALES---CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**        COLOR: **BROWN**        HAIR: **BROWN**
       APP. AGE: **28**       APP. HT: **5:7**        APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
5th  day of  August, 2008i

KENNETH WISSNER                          BRETT M. GOLUB   1239212
Notary Public, State of New York         AETNA CENTRAL JUDICIAL SERVICES
    No.01WI4714130                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY             NEW YORK, NY, 10007
Commission Expires 03/30/2010            Reference No: 3JLN141930