```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
         JON L. NORINSBERG
         ATTN: COHEN & FITCH
UNITED STATES SOUTHERN DIST. COURT      NEW YORK  COUNTY
-----------------------------------------------------
                                            Index No. 6853/08
RUFUS CISCO                      plaintiff
                                            Date Filed ..........
              - against -
                                            Office No.
THE CITY OF NEW YORK, ETAL       defendant
                                            Court Date:   / /
-----------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
JOSE ESPINAL    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
1st day of August, 2008   02:10 PM              at
    1 POLICE PLAZA (RM 1100)
    NEW YORK,NY
I served the   SUMMONS AND COMPLAINT
               CIVIL COVER SHEET
               JUDGES RULES
upon P.O. PATRICK FLAHERTY, SHIELD NO. 2540
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    P.A.A. "JANE" BUSBY---CO-WORKER WHO REFUSED FIRST NAME
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: BLACK   HAIR: BLACK     AGE: 40  HEIGHT: 5:5   WEIGHT: 140
OTHER IDENTIFYING FEATURES: GLASSES
On 08/05/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
5th  day of August,       2008i
                                         ...................................
KENNETH WISSNER                          JOSE ESPINAL  1278811
Notary Public, State of New York         AETNA  CENTRAL  JUDICIAL   SERVICES
    No.01WI4714130                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY             NEW YORK, NY, 10007
Commission Expires 03/30/2010            Reference No: 3JLN141931
```